# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**
    **Plaintiff,**

    **v.**　　　　　　　　　　　　　　　　　　　**Case No. 08-CR-851**

**WILLIAM WHITE**
    **Defendant.**

## ORDER

Following the jury's verdict finding defendant William White guilty of a violation of 18 U.S.C. § 373, I ordered defendant detained pursuant to 18 U.S.C. § 3143(a) pending further submissions from the parties. Having now granted defendant's motion for judgment of acquittal pursuant to Fed. R. Crim. P. 29,

**IT IS ORDERED** that defendant be released in Case No. 08-CR-851.

Dated at Milwaukee, Wisconsin, this 19th day of April, 2011.

                                      /s Lynn Adelman
                                      _____
                                      LYNN ADELMAN
                                      District Judge