# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  **v.**                                       **Case No. 08-CR-851**

**WILLIAM WHITE**
    **Defendant.**

## ORDER

**IT IS ORDERED** that the government's unopposed motion to supplement the record on appeal (R. 192) is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 10th day of June, 2011.

                                         /s Lynn Adelman
                                         _____
                                         LYNN ADELMAN
                                         District Judge